UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:21 cr 255 KKM-SPF

26 U.S.C. § 7206(2)

ABDUL Q. AZIZ

### INFORMATION

The United States Attorney charges:

### COUNT ONE
(Aiding and Assisting Fraud and False Statements)

On or about April 13, 2016, in the Middle District of Florida, the defendant,

ABDUL Q. AZIZ,

did willfully aid and assist in, and procure, counsel, and advise in the preparation and presentation to the Internal Revenue Service ("IRS") of a tax return, namely, an IRS Form 1040 U.S. Individual Income Tax Return ("IRS Form 1040") for the taxpayer Y.I. for the 2015 tax year. The IRS Form 1040 was false and fraudulent as to material matters, in that it represented that the taxpayer Y.I. (i) had $161,347 (Line 64) of federal income tax withheld as purportedly reported by a mortgage lender on an IRS Form 1099-MISC, Miscellaneous Income ("IRS Form 1099"), and (ii) was entitled to payment of a refund of taxes in the amount of $119,670 (Line 76a), whereas, as AZIZ then and there well knew and believed, the amount of

federal income tax withheld on the IRS Form 1099 was fictitious and the taxpayer was not entitled to the requested refund.

In violation of 26 U.S.C. § 7206(2).

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
Kristen A. Fiore
Assistant United States Attorney

By: *[signature]*
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section