UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 8:21-cr-255-KKM-SPF

ABDUL Q. AZIZ

**GOVERNMENT'S SENTENCING MEMORANDUM**

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and files with this Court, pursuant to its Order, the following Sentencing Memorandum in anticipation of the sentencing hearing in the instant case scheduled for June 13, 2024. The United States submits as follows:

On April 4, 2022 the defendant appeared before the Court and pled guilty to Count One of this information charging him with aiding and assisting in the preparation of false documents under the Internal Revenue laws. In the defendant's plea agreement with the United States, the United States agreed not to oppose a request by the defendant for a three-level downward adjustment for his acceptance of responsibility, in the absence of any adverse information. The United States has not become aware of any adverse knowledge or information that would prevent it from complying with that commitment at the time of sentencing.

In the plea agreement in this case, the United States also agreed not to oppose the defendant's request that the Court sentence the defendant at the low end of the applicable Sentencing Guideline range. It further agreed to consider whether any cooperation by the defendant qualified as "substantial assistance" in accordance with the policies of the United States Attorney's Office for the Middle District of Florida.

The current version of the Presentence Investigation Report ("PSR") in this case has calculated that the range of imprisonment that the defendant now faces is 36 months, based on a determination that his final adjusted offense level is 23 at Criminal History Category I. The United States filed with U.S. Probation its lack of objections to the calculation of the defendant's Guideline range in the PSR.

As of this date, the United States does intend to file a separate motion pursuant to U.S.S.G. § 5K1.1 at the time of the defendant's sentencing herein.

Consistent with its commitment in the plea agreement in this case, the United States will not oppose any request by the defendant, should he make one, that the defendant be sentenced at the low end of the applicable Guideline range, as set forth above.

The defendant has filed a number of objections to the PSR's Guideline calculations. It is unclear if he continues to persist in those objections or not. If he does, these objections deal with factual issues which the now-retired IRS case agent can explain and for which he can provide an adequate factual basis.

The United States intends to present brief testimony and evidence at the sentencing hearing herein to support the calculations of the Court's probation officer in this case.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   /s/ Jay L. Hoffer
       Jay L. Hoffer
       Assistant United States Attorney
       Florida Bar No. 0910708
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Jay.Hoffer@usdoj.gov

U.S. v. Abdul Q. Aziz					Case No. 8:21-cr-255-KKM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Bryant A. Scriven, Esq.

                                  */s/ Jay L. Hoffer*
                                  Jay L. Hoffer
                                  Assistant United States Attorney
                                  Florida Bar No. 0910708
                                  400 N. Tampa St., Ste. 3200
                                  Tampa, FL 33602-4798
                                  Telephone: (813) 274-6000
                                  Facsimile: (813) 274-6358
                                  E-mail: Jay.Hoffer@usdoj.gov